UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN WOOLERY**,

         Plaintiff,

   v.

**MERGERS MARKETING, INC. D/B/A BACKGROUND SCREENERS OF AMERICA**,

         Defendant.

Case No. 4:24-cv-02802-YGR

**ORDER OF CONDITIONAL DISMISSAL**

On August 12, 2024, the parties filed a notice that settlement has been reached in this matter and that they intend to file a joint stipulation to dismiss this case with prejudice and without attorneys' fees or costs within sixty (60) days. (Dkt. No. 16.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines are **VACATED**.

It is further **ORDERED** that, if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: August 12, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**